## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR53 |
| vs. | ) | |
| | ) | AMENDED ORDER |
| ALVIN SIAS and | ) | |
| CHAD BAILLARGEON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant Chad Baillargeon's unopposed motion to continue trial [75] and motion to exclude under speedy trial [76] due to a previously scheduled trial in the District of Massachusetts.. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for September 25, 2012 is continued to **October 30, 2012.**

2. The motion to exclude time under the speedy trial act is granted. However, counsel is ordered to file a waiver of speedy trial signed by the defendant as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 30, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 7, 2012.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**