# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:12CR53 |
| vs. | ) | |
| | ) | ORDER |
| ALVIN SIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's motion to continue trial [79] due to the scheduling conflict. The court finds good cause being shown and the trial will be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for October 30, 2012 is continued to **November 27, 2012.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 27, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**DATED October 11, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**